# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136131

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 136131
                                        COA: 283233

MYRON RANDALL MCINTIRE,
      Defendant-Appellant.
                                        Charlevoix CC: 07-029110-FH

_____/

      On order of the Court, the application for leave to appeal the February 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

p0616

                                             Clerk